IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| James and Karen Pearlstein, | : | |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 741 F.R. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| Reed and Gail Slogoff, | : | |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 742 F.R. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| Robert Pearlstein and Cynthia Pearlstein, | : | |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 743 F.R. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Respondent | : | |

**PER CURIAM**

**O R D E R**

**NOW,** this 31st day of March, 2023, it is ordered that the above-captioned Memorandum Opinion, filed February 10, 2023, shall be designated OPINION and shall be REPORTED.